IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

RAHEEAM PARTRIDGE,

    Plaintiff,

v.    Case No. 5:25-cv-00311-MTT-CHW

GEORGIA DEPARTMENT OF
CORRECTIONS, et al,

    Defendants.

## **J U D G M E N T**

Pursuant to this Court's Order dated December 10, 2025, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendants.

This 11th day of December, 2025.

    David W. Bunt, Clerk

    s/ Raven K. Alston, Deputy Clerk